**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-6109

LARRY WILLIAMS,

　　　　　　Plaintiff - Appellant,

　　　v.

WARDEN W. THOMPSON; MAJOR NETTLES; LIEUTENANT OWENS, as
shift; CAPTAIN AL COXTE; WARDEN HUNTER; S. JONES, Mail Room
Staff,

　　　　　　Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.　Margaret B. Seymour, District
Judge.　(3:10-cv-02392-MBS)

Submitted: May 26, 2011　　　　　Decided: June 1, 2011

Before KING, SHEDD, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Williams appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed under the Prisoner Litigation Reform Act, we affirm for the reasons stated by the district court. Williams v. Thompson, No. 3:10-cv-02392-MBS (D.S.C. Jan. 14, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED